Pro Se Filing Case No. 20-cv-6731



Party Name:

Global Marketing Services LLC DBA SocialFloats on wish.com

Contact: Michael Viaene

Business Mailing Address: 7730 Laredo Dr #33 Chanhassen, MN 55317

Phone: 5074699511

Defendant's answer to the complaint:

I believe I have been improperly linked to this case. The email address associated with my Paypal.com and Wish.com account is globalmarketingservicesllc@gmail.com. The wish account is listed under the store name SOCIALFLOATS and url is wish.com/merchant/5efe0059f9b474 b9773681b9 My Paypal account has been suspended which is negatively impacting my business, and I would like to resolve this matter as soon as possible, since I believe I have been wrongfully mentioned in this case. Please advise. Thanks

Name:

Michael Viaene

Signature:

s/ *Michael Viaene*