**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA, CARTIER INTERNATIONAL A.G., MONTBLANC-SIMPLO GMBH, CHLOE S.A.S., VAN CLEEF & ARPELS SA, and OFFICINE PANERAI A.G., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 20-cv-06731 <br><br> **Chief Judge Rebecca R. Pallmeyer** <br><br> **Magistrate Judge Jeffrey I. Cummings** |

## **STIPULATION OF DISMISSAL**

Plaintiffs Richemont International SA, Cartier International A.G., Montblanc-Simplo GmbH, Chloe S.A.S., Van Cleef & Arpels SA, and Officine Panerai A.G. (collectively, "Plaintiffs") and Defendant SOCIALFLOATS ("Defendant") hereby stipulate to the dismissal without prejudice of Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear their own costs and attorneys' fees.

1

Dated this 5th day of January 2021.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Counsel for Plaintiffs Richemont International SA, Cartier International A.G., Montblanc-Simplo GmbH, Chloe S.A.S., Van Cleef & Arpels SA, and Officine Panerai A.G.*

Dated this ___ day of January 2021.     Respectfully submitted,

Michael Viaene
Global Marketing Services LLC

*Defendant SOCIALFLOATS*

2